**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_ District of _VA_
(State)

Case number (If known): _____ Chapter _11_

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

_BF Chinatown LLC_

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_D/B/A BYNDFIT_

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

_84_ - _3623263_
EIN

**5. Debtor's address**

**Principal place of business**

_10110 Nedra Dr_
Number    Street

_Great Falls_    _VA_ _22066_
City    State   ZIP Code

_Fairfax_
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City    State   ZIP Code

Debtor _____     Case number *(if known)*_____

**6. Debtor's address**

| Principal residence | Mailing address, if different from residence |
|---|---|
| 10 110 Nedva Dr | |
| Number    Street | Number    Street |
| | |
| Great Falls    VA 22066 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | |
| County | |

**Principal place of business**

Number    Street

City    State    ZIP Code

County

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**8. Type of debt**

**Each petitioner believes:**

☒ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known_____
MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known_____
MM / DD / YYYY

Official Form 105    Involuntary Petition Against an Individual    page **2**

Debtor _____     Case number (if known)_____

| **Part 3:** | **Report About the Case** |

**10. Venue**

Reason for filing in this court.

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Raymond Rahboor | Unpaid Wages | $ 300,000 00 |
| | | $ |
| | | $ |
| | Total | $ 300,000 00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____*BF Chinatown LLC*_____ Case number (if known)_____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✘ _____*Not Applicable*_____
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State           ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____
Email    _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State           ZIP Code

**Attorneys**

✘ _____*Not Applicable*_____
Signature of attorney

Printed name

Firm name, if any

Number    Street

_____
City                State           ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone    _____    Email _____

Debtor _*BF China Town LLC*_                                    Case number (if known)_____

**X** _Not Applicable_

Signature of petitioner or representative, including representative's title

_____

Printed name of petitioner

Date signed _____
            MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City       State ZIP Code

**X** _Not Applicable_

Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City              State        ZIP Code

Date signed _____
            MM / DD / YYYY

Contact phone _____  Email _____

**X** _____

Signature of petitioner or representative, including representative's title

_____

Printed name of petitioner

Date signed _____
            MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

**X** _____

Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City              State        ZIP Code

Date signed _____
            MM / DD / YYYY

Contact phone _____  Email _____

Official Form 105                        Involuntary Petition Against an Individual                        page **5**